# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-3069
LT Case No. 2020-CA-002499

_____

CYRIL WOHRER,

    Appellant,

    v.

GRAEME DUNCAN,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Lisa R. Patten, of Patten Law Firm, LLC, Orlando, for
Appellant.

Nicholas A. Shannin and Carol B. Shannin, of Shannin Law
Firm, P.A., Orlando, and Philip S. Kaprow, of Kaprow Law, P.A.,
Winter Springs, for Appellee.

April 21, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____